# EXHIBIT 14



An official website of the United States government
Here's how you know





# FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 1612151

# Success!

## Your FOIA request has been created and is being sent to the Executive Office for United States Attorneys.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

FOIA Requester Service Center

202-252-6020

Arla Witte-Simpson, FOIA Public Liaison

202-252-6036

Kevin Krebs, Assistant Director, FOIA/Privacy Unit
175 N Street, NE, Suite 5.400
Washington, DC 20530-0001

Ex. 14 p. 1

## Request summary

Request submitted on **October 10, 2024**.

The confirmation ID for your request is **1612151**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Craig Whitlock

**Mailing address**
1301 K Street NW
Washington, DC 20071
United States

**Phone number**
202-689-9134

**Company/organization**
The Washington Post

**Email**
craig.whitlock@washpost.com

## Your request

This is a request under the Freedom of Information Act, 5 U.S.C. § 552, for access to and copies of the following record: A video compilation exhibit -- Government Exhibit #4 -- introduced in open session and admitted into evidence by the U.S. Attorney's Office for

Ex. 14 p. 2

==the Northern District of Georgia during the sentencing proceedings in the case of USA v. Kinsley Kilpatrick, 1:18CR201-LMM-1.== The sentencing proceedings took place on July 25, 2019 in U.S. District Court in Atlanta. The video exhibit I am seeking has already been introduced into the public domain. It is approximately 15 minutes in duration and was played in open court on July 25, 2019 by Diane C. Schulman, special assistant U.S. attorney for the Northern District of Georgia, according to the official transcript of the sentencing proceedings. The judge presiding over the hearing was U.S. District Judge Leigh Martin May. To assist you in locating this specific record, I am attaching a copy of the transcript of the July 25, 2019 sentencing proceedings in USA v. Kinsley Kilpatrick, 1:18CR201-LMM-1, which describes Government Exhibit #4 in great detail. If you regard this record as potentially exempt from disclosure under the Act, I hereby request that you nonetheless exercise your discretion to disclose it. If you deny this request in whole or in part, I ask that you justify all deletions by reference to specific exemptions of the Act. I also ask that you provide all non-exempt portions that are reasonably segregable, as the FOIA requires under 5 U.S.C. § 552(a)(8). As the statute mandates, please also review whether there is any foreseeable harm from disclosing the requested records, or if any potential harm would be limited in comparison to the public interest in disclosure. As required by 5 U.S.C. § 552(a)(8), please release all such information, even if it technically may fall under a FOIA exemption.

## Additional information

Kilpatrick-sentencing-transcript-07252019.pdf

## Fees

**What type of requester are you?**
media

**Fee waiver**
yes

**Fee waiver justification**
As a representative of the news media, The Washington Post qualifies for news media fee status under 5 U.S.C. § 552(a)(4)(A)(ii)(II) and may not be charged search and review fees. The records will be used

Ex. 14 p. 3

to report news articles that will be broadly disseminated to the general public and will likely contribute significantly to public understanding of government operations, and is not primarily in the commercial interest of the requester. As such, please grant a fee waiver for any remaining fees incurred. If, however, you decline to waive all fees, please notify me if you expect the fees to exceed $100. As you know, 5 U.S.C. § 552(a)(84)(A)(viii)(I) prohibits agencies from charging news media organizations duplication fees if the agency does not meet its 20 working day time limit (30 working days for "unusual" requests).

**The amount of money you're willing to pay in fees, if any**
$50

---

# Request expedited processing

**Expedited processing**
yes

**Justification for expedited processing**
I further request expedited processing of this request for records. As a journalist for The Washington Post, I am assigned full-time to cover military and veterans affairs and am primarily engaged in disseminating information to our worldwide readership. Further, the records I am seeking are urgently needed in order to inform the public concerning government activity, specifically regarding how the Department of Veterans Affairs has been defrauded of tens of millions of dollars in education benefits. This request qualifies for expedited processing because: 1) given the record number of veterans applying for disability benefits, knowledge of how effectively and accurately the system is serving veterans and processing claims is a matter of exigency to the public because of the potential for fraud (see https://veterans.house.gov/news/documentsingle.aspx?DocumentID=6459); 2) a delay in releasing information will undermine the transparency and accountability of a system that is processing thousands of disability claims a day, yet suffers from a backlog of more than 300,000 pending claims; 3) the processing and disbursement of disability benefit claims to veterans is clearly federal government activity; 4) there are credible claims, including by the VA Office of the Inspector General (see https://department.va.gov/wp-content/uploads/2023/11/2023-va-afr-section-iii-other-information.pdf ) and the Justice Department (see https://www.justice.gov/usao-ks/pr/veteran-and-wife-indicted-defrauding-va ) that fraudulent disability claims are becoming more widespread and that the Veterans Benefits Administration lacks effective tools to prevent, detect and deter criminal activity. I certify that my statements concerning the need for expedited processing are true and correct. See Al-Fayed v. C.I.A., 254 F.3d 300, 310 (D.C. Cir. 2001); Bloomberg, L.P. v. U.S. Food & Drug Admin., 500 F.Supp.2d 371, 378 (S.D.N.Y. 2007).

Ex. 14 p. 4



# FOIA.gov

## CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ⤢ CC3.0

| FREQUENTLY ASKED QUESTIONS
| DEVELOPER RESOURCES
| AGENCY API SPEC
| FOIA CONTACT DOWNLOAD
| FOIA DATASET DOWNLOAD
| ACCESSIBILITY
| PRIVACY POLICY
| POLICIES & DISCLAIMERS
| JUSTICE.GOV
| USA.GOV ⤢

Ex. 14 p. 5