# **EXHIBIT 15**

# Whitlock, Craig

| | |
|---|---|
| **From:** | usaeo.foia.requests@usdoj.gov |
| **Sent:** | Thursday, October 10, 2024 6:51 PM |
| **To:** | Whitlock, Craig |
| **Subject:** | Request Acknowledgement by Executive Office for U.S. Attorneys |

**CAUTION: EXTERNAL SENDER**

Dear Craig Whitlock,

Case Number EOUSA-2025-000176 has been assigned to the request you submitted. In all future correspondence regarding this request please reference case number EOUSA-2025-000176.

Regards,
Executive
 Office for U.S. Attorneys